9/27/10 10:36AM

B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Sharon Spriggs**    Case No. _10-43070_
                               Chapter _7_
                  Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **299.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _____75.00_____ Check one    ■ With the filing of the petition, or
                                  ☐ On or before _9/27/2010_

   $ _____75.00_____ on or before    10/29/10

   $ _____75.00_____ on or before    11/26/10

   $ _____74.00_____ on or before    12/31/10

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **September 27, 2010**    Signature    **/s/ Sharon Spriggs**    _Sharon Spriggs_ (signature)
                                            Sharon Spriggs
/s/                                         Debtor
Attorney for Debtor(s)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 27 2010

KENNETH S. GARDNER, CLERK
PS REP. - CM

9/27/10 10:36AM

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Sharon Spriggs  
_____  
Debtor(s)

Case No.  10-43070  
Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[X]  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ]  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one   [ ] With the filing of the petition, or  
                         [ ] On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

[ ]  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date  9/27/10

BY THE COURT

**KENNETH S. GARDNER**  
Clerk, U.S. Bankruptcy Court

_____  
*United States Bankruptcy Judge*